# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BRORBY, WADE | Tenth Circuit | 05/02/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Senior | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 1028 <br> Cheyenne, WY 82003 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

2007 MAY -3 A II: 21 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 05/02/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 11/25/97 | Prudential Insurance - Policy Dividend - See Part VIII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 05/02/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Acadian Emerging Markets Portfolio | A | Dividend | K | T | Sell | 6/22 | K | A | |
| 2. | | | J | T | Buy | 12/14 | | | |
| 3. | | | J | T | Buy | 12/14 | | | |
| 4. | | | J | T | Buy | 12/28 | | | |
| 5. Accessor Small to Mid Cap Fund | A | Dividend | J | T | Buy | 9/26 | | | |
| 6. Avonworth PA SC (bond) | A | Interest | K | T | | | | | |
| 7. Bank of America (stock) | A | Dividend | J | T | | | | | |
| 8. BBH Inflation Indexed Securities Fund - Class N | A | Dividend | J | T | Buy | 6/29 | | | |
| 9. | | | J | T | Buy | 9/28 | | | |
| 10. | | | J | T | Buy | 10/30 | | | |
| 11. Black & Decker (stock) | A | Dividend | J | T | | | | | |
| 12. California S&P Small Cap Index Fund | A | Dividend | J | T | Sell | 6/22 | J | A | |
| 13. Campbell County Abstract Co. (stock) | C | Dividend | K | W | | | | | |
| 14. Campbell County Oil Royalty | A | Royalty | J | W | | | | | |
| 15. Charles Schwab - 1000 Fund | A | Dividend | J | T | | | | | |
| 16. Charles Schwab Cash Reserve Sweep Shares ** | B | Dividend | J | T | Buy/Sell | Var. | J | A | |
| 17. Charles Schwab - MM Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exe from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of mpt buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Charles Schwab - Municpal MM Fund (tax free) ** | A | Dividend | J | T | Buy/Sell | Var. | | | |
| 19. Charles Schwab Premier Equity Investor Shares | A | Dividend | J | T | Buy | 12/21 | | | |
| 20. | | | J | T | Buy | 12/28 | | | |
| 21. Charles Schwab - Small Cap Index Fund | B | Dividend | K | T | | | | | |
| 22. Charles Schwab - Value Advantage Money Fund | A | Dividend | J | T | Buy | 7/17 | | | |
| 23. | | | J | T | Buy | 8/15 | | | |
| 24. | | | J | T | Buy | 9/15 | | | |
| 25. | | | K | T | Sell | 10/3 | K | A | |
| 26. | | | J | T | Buy | 10/16 | | | |
| 27. | | | J | T | Buy | 11/15 | | | |
| 28. | | | K | T | Buy | 12/28 | | | |
| 29. | | | J | T | Buy | 12/29 | | | |
| 30. Charles Schwab Yield Plus Inv. Shares | A | Dividend | K | T | Buy | 10/3 | | | |
| 31. | | | J | T | Buy | 10/31 | | | |
| 32. | | | J | T | Buy | 11/30 | | | |
| 33. | | | J | T | Buy | 12/29 | | | |
| 34. CIT Group (bonds) | A | Interest | J | T | Matured | 2/21 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Clipper Fund | A | Dividend | J | T | | | | | |
| 36. Exxon Mobil Corp. (stock) | A | Dividend | J | T | Buy | 3/13 | | | |
| 37. | | | J | T | Buy | 6/12 | | | |
| 38. | | | J | T | Buy | 9/12 | | | |
| 39. | | | J | T | Buy | 12/11 | | | |
| 40. Federal Homeowner Lending Mortgage | A | Interest | J | T | | | | | |
| 41. Federal Home Loan Bank (notes) | B | Dividend | K | T | | | | | |
| 42. Federal National Mortgage | A | Interest | K | T | | | | | |
| 43. First National Bank of Gillette - various bank accounts | B | Interest | L | T | | | | | |
| 44. Ishares TR Cohen & Steers Realty Majors Index Fund | A | Dividend | J | T | | | | | |
| 45. Jensen Portfolio (fund) | A | Dividend | K | T | | | | | |
| 46. Johnson & Johnson (stock) | A | Dividend | J | T | Buy | 6/14 | | | |
| 47. | | | J | T | Buy | 9/13 | | | |
| 48. | | | J | T | Buy | 12/13 | | | |
| 49. Julius Baer Int'l Equity Fund A | A | Dividend | J | T | Sell | 10/3 | J | A | |
| 50. | | | J | T | Sell | 10/4 | J | A | |
| 51. | | | J | T | Buy | 12/27 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BRORBY, WADE | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | J | T | Buy | 12/27 | | | |
| 53. | | | J | T | Buy | 12/27 | | | |
| 54. Laudus US Discovery Fund | A | Dividend | J | T | Buy | 12/15 | | | |
| 55. Lehman Brothers Aggregate Bond Fund | A | Interest | J | T | Buy | 2/21 | | | |
| 56. | | | J | T | Buy | 3/8 | | | |
| 57. | | | K | T | Buy | 10/5 | | | |
| 58. | | | J | T | Buy | 10/5 | | | |
| 59. | | | J | T | Buy | 11/8 | | | |
| 60. | | | J | T | Buy | 12/8 | | | |
| 61. Maricopa County, AZ (bond) | B | Interest | K | T | | | | | |
| 62. Matthews Japan Fund | B | Dividend | K | T | Sell | 6/22 | K | A | |
| 63. Nuveen Preferred & Convertible (stock) | A | Dividend | J | T | | | | | |
| 64. Peoria, AZ (bond) | A | Interest | K | T | | | | | |
| 65. Pimco Total Return Fund - Class D | A | Dividend | J | T | Buy | 1/30 | | | |
| 66. | | | J | T | Buy | 2/22 | | | |
| 67. | | | J | T | Buy | 9/29 | | | |
| 68. | | | J | T | Buy | 10/31 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | J | T | Buy | 12/13 | | | |
| 70. | | | J | T | Buy | 12/29 | | | |
| 71. Prudential Insurance Co. (stock) | A | Dividend | J | T | | | | | |
| 72. Rainier Small/Mid Cap (fund) | A | Dividend | J | T | | | | | |
| 73. Rainier Small/Mid Cap Equity Fund | A | Dividend | J | T | | | | | |
| 74. Rydex Technology Fund | A | Dividend | J | T | | | | | |
| 75. Torrington Wyoming (bonds) | A | Interest | J | T | Matured | 12/1 | | | |
| 76. Tweedy Browne Global Value Fund | A | Dividend | J | T | Sell | 6/22 | J | A | |
| 77. UMB Scout International Fund | A | Dividend | J | T | Buy | 6/23 | | | |
| 78. | | | J | T | Buy | 12/15 | | | |
| 79. | | | J | T | Buy | 12/15 | | | |
| 80. | | | J | T | Buy | 12/29 | | | |
| 81. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 82. Wells Fargo - various bank accounts | A | Interest | K | T | | | | | |
| 83. West Contra Costa, CA (bond) | B | Interest | L | T | | | | | |
| 84. Wilmington, DE (bond) | B | Interest | K | T | | | | | |
| 85. Wyo. Bank & Trust - various accounts | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Our assets are owned by the Brorby Revocable Trust or the Wade Brorby Irrevocable Insurance Trust or in the individual name of either myself or ██████████

2. ████████ as trustee, owns a whole life policy insuring my life. The insurer is Prudential Insurance Company. As this policy is not held as an investment, the policy income received is reported under Part III (Non-Investment Income).

3. Most of our investments are managed by Charles Schwab & Co. under a service described as Schwab Private Client.

4. ** This fund is a holding fund. All income from the various investments held by Schwab is paid into this fund. When the total of the monies in this fund becomes sufficient, additional investments are then purchased. All income paid into this fund is reflected on the line item of the source investment; i.e., the investment paying the dividend or interest which went into this fund. All investments purchased with monies from this fund are reflected on the appropriate line item. As there are many "buys" (money from investments) and "sells" (money used to purchase another investment), I have not set forth each transaction with this fund; however, all transactions are reflected under the source investment or the newly purchased investments. To set forth each transaction in this fund would, in fact, result in overstating both income and assets. The income reflected in the line item for this fund is only the income earned directly from this fund based upon the money actually in the fund.

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 05/02/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date _May 2, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544